**UNITED STATES of America, Plaintiff—Appellee,**

v.

**David Issac WORRELL, a/k/a David Patrick Worrell, Defendant—Appellant.**

**No. 09–8137.**

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 19, 2010.

Decided: Feb. 22, 2010.

David Issac Worrell, Appellant Pro Se. Steve R. Matheny, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Issac Worrell appeals the district court's order denying his motion for modification of his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Worrell*, No. 4:03–cr–00049–H–1 (E.D.N.C. Oct. 21, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*